STATE OF NORTH CAROLINA v. JAMES LOUIS YOUNG

No. 7326SC699

(Filed 14 November 1973)

ON *certiorari* to review judgment of *Snepp, Judge,* entered at the 30 April 1973 "C" Criminal Session of MECKLENBURG Superior Court.

Defendant was charged in a bill of indictment, proper in form, with armed robbery. He pleaded not guilty, a jury found him guilty as charged, and from judgment imposing prison sentence of 15 years, with credit for time spent in jail awaiting trial, defendant gave notice of appeal. On 4 May 1973, defendant went before Judge Robert M. Martin and moved to withdraw his notice of appeal. After due inquiry, Judge Martin allowed the motion and ordered issuance of commitment. Thereafter, on 29 June 1973, defendant's petition to this court for writ of certiorari in lieu of appeal was allowed.

*Attorney General Robert Morgan by Edward L. Eatman, Jr., Assistant Attorney General, for the State.*

*William O. Austin for defendant appellant.*

BRITT, Judge.

A careful review of the record on appeal fails to disclose any error prejudicial to defendant. We conclude that he received a fair trial and the sentence imposed is well within the limits permitted by statute.

No error.

Judges PARKER and HEDRICK concur.